Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re                                                    ) Case No. 312-35032-tmb13
                                                         )
HUBORTH L DAILEY                                         )
                                                         ) ORDER RESOLVING TRUSTEE
                                                         ) MOTION TO DISMISS
                                                         )
                    Debtor(s).                           )

Debtor(s) and Wayne Godare, Chapter 13 Trustee, have resolved the Trustee's Motion to Dismiss. Debtor(s) approves the entry of this Order, and the Court being fully advised, now, therefore,

IT IS ORDERED that Debtor(s) must make all payments which are due under the current

ORDER RESOLVING TRUSTEE MOTION TO DISMISS 1

Chapter 13 Plan, for the six month period beginning **MAY 2013**, or the Court shall dismiss this Case upon the filing, by the Chapter 13 Trustee, of a *Statement of Failure to Comply* reciting to the court that Debtor(s) failed to make the required Plan payment(s). If the debtor is on a wage order, the Trustee is required to give debtor and debtor's counsel 10 days notice prior to filing the *Statement of Failure to Comply*.

###

I certify that I have received confirmation, by email, that debtor, by and through counsel, has no objection to the form and content of this order and agrees to its filing with the Court.

Presented by:

/s/ Melvin Jack Fisher, Jr., OSB #91269
*for* Wayne Godare, Chapter 13 Trustee

cc:     Debtor(s), Attorney for Debtor(s)

ORDER RESOLVING TRUSTEE MOTION TO DISMISS 2